FILED

02/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0518

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0518

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT CRAIG BRITZIUS,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 24, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 17 2022